IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 10-171 |
| | : |
| PETER LACOURT | : |
| USM# 65207-066 | : |

**ORDER**

AND NOW this 3RD day of March, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 101 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable Mitchell S. Goldberg
United States District Court Judge

Def.
Marshal
Probation